| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Yara Hindelang<br>Task Force Officer: Joseph Jodway | Telephone: (313) 226-9100<br>Telephone: (313) 965-2323 | |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br><br>Bektash SEFA | Case: 2:22−mj−30179<br>Assigned To : Unassigned<br>Assign. Date : 4/12/2022<br>CMP: SEALED MATTER (MAW) |

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 10, 2021__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2244(b) | Abusive Sexual Contact |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Task Force Officer Joseph Jodway - FBI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __April 12, 2022__

_____
*Judge's signature*

City and state: __Detroit, Michigan__    Honorable Elizabeth Stafford, U.S. Magistrate Judge
*Printed name and title*

AFFIDAVIT

I, Joseph Jodway, being duly sworn, hereby depose and state the following:

INTRODUCTION

1. I am a Task Force officer with the Federal Bureau of Investigation (FBI), and I have been so employed for one year. Prior to being a Task force Officer with the FBI, I had been working as United States Customs and Border Protection Officer for fifteen years. Since February 2021, I have been assigned to the Detroit Office of the FBI as a member of the Joint Terrorism Task Force, where I investigate violations of Federal law which occur within airports and on-board aircrafts.

2. The information set forth in this affidavit is based on my personal knowledge, as well as reports and information provided by other law enforcement officers and witnesses. I have not set forth every fact resulting from the investigation; rather, I have set forth a summary of the investigation to date to establish that BEKTASH SEFA did commit Abusive Sexual Contact aboard an aircraft traveling to Detroit Metropolitan Airport in Detroit, Michigan in violation of Title 18, Unites States Code, Section 2244(b).

DETAILS OF THE INVESTIGATION

3. On October 10, 2021, I received information that a nineteen-year-old female (Adult Victim One or AV-1) reported being sexually assaulted on an

airplane. AV-1 was traveling on a Delta Airlines flight from Amsterdam, Netherlands to Detroit, Michigan, which landed in the afternoon of October 10, 2021.

4.      AV-1 reported that she was sitting in the middle seat, of a middle row of the airplane, next to a male passenger, later identified as BEKTASH SEFA. SEFA attempted to speak to AV-1 as the aircraft was boarding but she did not engage with him. Approximately two hours into the eight-hour flight, while AV-1 was falling asleep, she woke up when she felt SEFA put his right hand on her left knee and being massaging the area. AV-1 shifted her body away from SEFA in an effort to get away, but SEFA shifted in his seat moving closer to AV-1 to maintain physical contact with her.

5.      Despite AV-1 attempting to shift her body away from him, SEFA moved his hand up AV-1's leg in a massaging motion. SEFA touched AV-1's inner thigh and groin area and also adjusted his arm position, so that his right elbow was pressing against AV-1's breast. AV-1 stood up and ran to the rear bathroom. When AV-1 came out of the bathroom, she reported the sexual assault to two flight attendants.

6.      Two flight attendants on board the Delta flight reported that they were approached by AV-1 who was visibly shaking and crying. AV-1 reported to them

2

that she (AV-1) was awoken by the passenger next to her rubbing the inside of her thigh and using his elbow to rub against her breast. AV-1 was so frightened that she could barely explain the incident. Both flight attendants noted that the lights were off, and the cabin was dark when the incident took place.

7.      One of the flight attendants relocated AV-1 to a different part of the airplane, away from SEFA. The flight attendants made notifications about the incident to the proper authorities.

8.      Upon landing, SEFA was escorted off the airplane. I interviewed SEFA at Detroit Metropolitan Airport McNamara Terminal with the assistance of an Albanian interpreter. SEFA waived his Miranda rights. He denied touching anyone during the flight, but claimed that he has nightmares, and his hands move a lot when he sleeps and that he sometimes sleepwalks.

9.      Based on my training and experience, there is probable cause to believe that SEFA violated Title 18, United States Code, Section 2244(b) by knowingly engaging in sexual contact with AV-1, without AV-1's permission, by touching AV-1's inner thigh and breast with the intent to harass, arouse, and gratify SEFA's sexual desire.

10. This Court has jurisdiction over this crime pursuant to 49 U.S.C. §§ 46501 and 46506, because the crime was committed on an aircraft in flight that had its next scheduled destination in Detroit, Michigan.

Joseph Jodway, Task Force Officer
Federal Bureau of Investigation
Joint Terrorism Task Force Officer

Sworn to before me and signed in my presence
and/or reliable electronic means.

HONORABLE ELIZABETH STAFFORD
UNITED STATES MAGISTRATE JUDGE

Date: April 12, 2022

4